**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Kenneth B. Montgomery, Respondent,

v.

Ellen R. Montgomery, Appellant.

Appellate Case No. 2013-000377

Appeal From Richland County
Angela R. Taylor, Family Court Judge

Unpublished Opinion No. 2014-UP-060
Submitted December 1, 2013 – Filed February 12, 2014

**AFFIRMED**

James R. Snell, Jr., and Jennifer M. Clinkscales, both of the Law Office of James R. Snell, Jr., LLC, of Lexington, for Appellant.

Ryan W. Lane, of The Lane Law Firm, LLC, of Columbia, for Respondent.

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Sanderson v. Sanderson*, 391 S.C. 249, 255, 705 S.E.2d 65, 67 (Ct. App. 2010) ("A point not specifically raised to and ruled upon by the [family] court

will not be considered on appeal."); *Doe v. Roe*, 369 S.C. 351, 375-76, 631 S.E.2d 317, 330 (Ct. App. 2006) ("An issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the [family court] to be preserved for appellate review."); *id.* at 376, 631 S.E.2d at 330 ("An issue is not preserved where the [family] court does not explicitly rule on an argument and the appellant does not make a Rule 59(e)[, SCRCP,] motion to alter or amend the judgment.").

**AFFIRMED.**[1]

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.